# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 19-MJ-215** |
| : | |
| v. : | |
| : | |
| **SADIE BACA** : | |
| **Defendant.** : | |
| : | |

### JOINT MOTION TO CONTINUE STATUS DATE AND FOR AN EXCLUSION OF TIME FROM CALCULATION UNDER SPEEDY TRIAL ACT

The United States of America, jointly with the defendant, requests that the Court continue the status conference in this matter set for February 28, 2020 to March 12, 2020, and exclude the intervening time from the Speedy Trial Act calculation in this case. In support of this motion, the parties rely on the following points and authorities and any additional evidence that may be adduced at a hearing, if any, on this matter.

1. The defendant was arrested during a show cause hearing in Montgomery County, Maryland on August 16, 2019 and made first appeared in this Court on August 19, 2019, on charges of Conspiracy to Sex Trafficking by Force, Fraud and Coercion, in violation of 18 U.S.C. § 1954(c), and Obstructing Enforcement of 1591, in violation of 18 U.S.C. § 1591(d). At that time, the United State moved for detention pending trial pursuant to 18 U.S.C. § 3142(f)(1)(A). A detention and preliminary hearing were scheduled for August 28, 2019, but were not held because defendant requested new counsel. Heather Shaner, the defendant's current attorney, was appointed and the detention/preliminary hearing was held on September 3, 2019, at which time the court granted the United States' detention request. The parties have continued hearings up until the last appearance on January 6, 2020 and the defendant has subsequently excluded time until February 28, 2020.

3. Since the last hearing, the parties have been in the process of exchanging extensive discovery and have been engaged in negotiations in an effort to resolve this matter short of indictment and trial. To that end, the parties are requesting a continuance of the status conference set for February 28, 2020 to March 12, 2020 and the exclusion of time under the Speedy Trial Act calculation in this case until that date to allow those efforts to continue.

4. The United States hereby moves to continue the status hearing until March 12, 2020 at 1:45 p.m.

5. In addition, pursuant to 18 U.S.C. § 3161(h)(7) and in the interests of justice, the United States hereby seeks, with the consent of the defendant, the exclusion of the days between February 28, 2020 and March 12, 2020 from the Speedy Trial Act calculation for purposes of allowing the parties to continue plea discussions concerning a potential disposition of the above-referenced case. The granting of such exclusion would preserve precious resources and outweigh the best interests of the public and the defendant in a speedy trial.

6. Undersigned counsel for the government has communicated with counsel for the defendant, Heather Shaner, who has indicated that the defendant has been informed of and understands her rights under the Speedy Trial Act and consents to the request for an exclusion of time under the Speedy Trial Act and a continuance of the status hearing.

## CONCLUSION

WHEREFORE, for the foregoing reasons, the United States respectfully requests that the Court execute the attached order continuing the hearing and setting forth its basis for excluding certain time from the Speedy Trial calculation.

Respectfully Submitted,

TIMOTHY J. SHEA,
United States Attorney

/s/
KENYA KHALELAH DAVIS
Assistant United States Attorney
D.C. Bar No. 502305
U.S. Attorney's Office
555 4th Street, N.W., Room 4213
Washington, D.C. 20530
202-252-7059 (telephone)
202-305-0652 (fax)
Kenya.Davis@usdoj.gov