**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

     **v.**                         **19-mj-215**

**SADIE BACA**

**CONSENT MOTION FOR A TELEPHONIC HEARING**

Counsel for the defendant, Sadie Baca, with the concurrence and the consent of the Government requests an Emergency Telephonic Conference to review the Status of the defendant and to request appropriate relief.

Counsel for the Government and the Defendant are available on Monday March 23rd, 2020 for a telephonic hearing. We waive the presence of the defendant at this hearing.

Respectfully submitted,

/s/

H. Heather Shaner, DC Bar 273276
Appointed by the Court for Sadie Baca
1702 S St. NW
Washington, D.C. 20009
202 265 8210
hhsesq@aol.com