**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

**v.**                                           **19-mj-215**

**SADIE BACA**

**CONSENT MOTION FOR RECONSIDERATION OF BOND**

Counsel for the defendant, Sadie Baca, with the concurrence and the consent of the Government requests reconsideration of Bond for the defendant.

The factors that were considered at the original Bond Hearing September 3, 2019 have changed and the Parties wish to address the relevant bond considerations as of March 21, 2020.

Counsel for the Government and the Defendant are available on Monday March 23rd, 2020 for a telephonic hearing.  We waive the presence of the defendant at this hearing.

Respectfully submitted,

/s/

H. Heather Shaner, DC Bar 273276
Appointed by the Court for Sadie Baca
1702 S St. NW
Washington, D.C. 20009
202 265 8210
hhsesq@aol.com